**Marcus LLOYD, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent**

No. 32 EM 2017

Supreme Court of Pennsylvania.

April 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of April, 2017, the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus instructing the

common pleas court to adjudicate Petitioner's pending petition, is **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.